**BAILEY & GLASSER, LLP**
Todd A. Walburg (State Bar No. 213063)
twalburg@baileyglasser.com
1999 Harrison Street, Suite 660
Oakland, CA 94612
Telephone: (510) 272-8000
Facsimile: (510) 463-0291

Benjamin L. Bailey (*to be admitted pro hac vice*)
bbailey@baileyglasser.com
Eric B. Snyder (*to be admitted pro hac vice*)
esnyder@baileyglasser.com
Christopher D. Smith (*to be admitted pro hac vice*)
csmith@baileyglasser.com
209 Capitol Street
Charleston, WV 25301
Telephone:  (304) 345-6555
Facsimile:  (304) 342-1110

**Attorneys for Plaintiff**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE**

| | |
|---|---|
| SOELECT, INC., | Case No.  5:23-cv-5405 |
| Plaintiff, | |
| vs. | **COMPLAINT** |
| HYUNDAI MOTOR COMPANY, | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

### INTRODUCTION

1.     In 2019 and 2020, Hyundai Motor Company obtained samples of a revolutionary new material for making high-energy batteries from a small start-up company called Soelect, Inc. out of Greensboro, North Carolina.  Hyundai obtained these samples pursuant to a Materials Test and Transfer Agreement (the "MTA") between Soelect and Hyundai's affiliated company, Hyundai of America Technical Center, Inc. ("HATCI").  The MTA contained strict non-disclosure provisions and prevented Hyundai from reverse engineering or attempting to reverse engineer

COMPLAINT - 1

Soelect's samples. Among other reverse engineering methods, the MTA prohibited scanning electron microscopy of the samples.

2. On or about October 27, 2020, Hyundai personnel from the United States and Korea met with Soelect's founder and CEO, Dr. Sungjin Cho, by Zoom. During that meeting, Hyundai presented slides showing scanning electron microscope images of the Soelect samples, in contravention of the MTA. After efforts to discuss and resolve the matter broke down, litigation against HATCI for breach of the MTA ensued and remains pending in the United States District Court for the Northern District of Illinois in Chicago.

3. Since that lawsuit was filed, however, Soelect learned that Hyundai Motor Company's ("HMC") [1] conduct went beyond merely conducting prohibited tests. Despite continually maintaining that it did not reverse engineer Soelect's products, HMC announced in October 2023 that it intends to start developing and manufacturing products similar to Soelect's in-house. Put simply, HMC stole Soelect's technology.

4. Soelect, Inc. ("Soelect") is a corporation that develops revolutionary lithium anode battery technology for rechargeable lithium batteries for high energy applications, such as electric vehicles. Generally, Soelect's product uses modified lithium metal to make anodes (the negatively charged electrode in a battery) for rechargeable lithium batteries. Rechargeable batteries using lithium metal anodes have become known as "Lithium Metal Batteries." Lithium Metal Batteries have the theoretical capacity to exceed the energy density – a key measure of battery performance – by up to 10 times over current "lithium ion battery" technology. Lithium Metal Batteries have been called the "Holy Grail" of battery technology. In other words, if Lithium Metal Batteries were made safe and produced on a commercial scale, they would, among other things, dramatically extend the range of electric automobiles, and even power electric aircraft.

5. Lithium Metal Batteries historically have had a serious drawback. Lithium, like many other metals, tends to grow dendrites – microscopic branch-like growths of metal. When

---

[1] HMC is HATCI's parent corporation, and it conducted the testing under the MTA.

COMPLAINT - 2

present in a battery, these dendrites can grow long enough to short circuit the battery's two electrodes, potentially causing a fire or explosion.

6. Given this drawback, researchers, scientists, and engineers have devoted substantial efforts to "tame the lithium" and mitigate or prevent dendrite growth in Lithium Metal Batteries. Soelect, and its founder Dr. Sungjin Cho, developed the revolutionary "Lithium-X" or "Li-X" anode material to do just that.

7. This technology is key to, among other things, expanding the mileage range for electric vehicles and making lithium metal batteries safer overall, and it could become a cornerstone technology in the multi-billion-dollar electric vehicle marketplace.

8. Understandably, electric vehicle manufacturers are interested in testing Soelect's products. HMC is one of those companies.

9. In September 2019, Soelect entered an agreement with HATCI, that allowed HMC to conduct performance testing on Soelect's products.

10. HMC, however, was forbidden from conducting testing capable of determining the structure and composition Soelect's technology.

11. On October 27, 2020, HMC sent Soelect testing results that showed it conducted testing prohibited by the agreement.

12. For years, HMC denied that it used the prohibited testing results to develop its own products.

13. Then, on October 4, 2023, a Korean newspaper reported that HMC was internalizing development of its own lithium anode—the very product Soelect allowed it to test.

14. And, much to Soelect's surprise, the newspaper reported that HMC's lithium anode development was the result of Soelect "working with Hyundai Motors to develop and commercialize lithium metal anode materials."

15. That is simply false. HMC's use of Soelect's proprietary battery technology is not the result of "working together" at all. Instead, HMC stole Soelect's trade secret materials, and Soelect brings this action under the federal Defend Trade Secrets Act to protect its valuable technology.

**PARTIES**

16. Plaintiff Soelect, Inc. is a Delaware corporation with its principal place of business in North Carolina.

17. Defendant Hyundai Motor Company is a South Korean corporation with its principal place of business in South Korea.

**JURISDICTION AND VENUE**

18. This Court has original federal question jurisdiction over this action pursuant to the Defend Trade Secrets Act, 18 U.S.C. § 1836 and 28 U.S.C. § 1331.

19. Venue is appropriate in the Northern District of California pursuant to 28 U.S.C. § 1391 because the contract under which HMC was permitted to perform limited testing of Soelect's products was negotiated, in part, in California by HMC's subsidiary company in Santa Clara County.

**FACTUAL BACKGROUND**

20. Soelect develops technology and battery components aimed at improving the batteries used in a wide array of electronics, including electric vehicles, power tools, and mobile electronics.

21. Its flagship technology is its Lithium-X Anode, which is a component part of high-power lithium metal batteries.

22. Soelect has spent a considerable amount of time and capital developing its Lithium-X Anode technology, and it takes steps to ensure that this Lithium-X technology is protected.

23. For example, Soelect employees must sign nondisclosure and noncompete forms before being permitted to work with the technology, and knowledge regarding Lithium-X's composition and structure is limited to only a select few Soelect employees.

24. Additionally, whenever Soelect allows other companies to test the Lithium-X Anode to determine whether it can be incorporated into their battery technology, Soelect requires those companies to execute a non-disclosure agreement that forbids those companies from reverse engineering the Lithium-X Anode technology. Soelect will not allow a company that manufactures products that directly compete with its products—battery anodes—to test its products.

25. In February 2019, Seungwan Kim, a representative from HATCI, approached Soelect regarding its Lithium-X Anode product.

26. Before discussing the product, HATCI and Soelect entered a non-disclosure agreement that prohibited both HATCI and HMC from using information regarding Soelect's products or reverse-engineering Soelect's products. *See* Non-Disclosure Agreement, attached hereto as Exhibit A.

27. HATCI also assured Soelect that HMC was not Soelect's competitor and that it did not intend to develop or manufacture its own lithium metal battery components, including anodes.[2]

28. Once the NDA was in place, Soelect and HATCI spent the next several months negotiating how HMC would be permitted to test Soelect's product and the financial terms of that testing.

29. In late September 2019, Soelect and HATCI signed a Materials Transfer and Testing Agreement ("MTA") directing Soelect to provide its materials to HMC Employee Dr. WonKeun Kim in HMC's Uiwang Future Energy Research Team in Korea for performance testing. *See* MTA, attached hereto as Exhibit B.

30. Under the MTA's confidentiality obligations, HMC and HATCI were forbidden from, among other things, "attempt[ing] to determine the composition or structure of [Soelect's] Proprietary Material" and "perform[ing] any characterization testing including. . . scanning electron microscopy." *Id.*

31. Although the project contemplated that it would take place from September 2019 to November 2019, the MTA expressly recognized that timeline could be altered with written confirmation. *Id.*

32. Pursuant to the MTA, Soelect sent samples to HMC for testing.

---

[2] Historically, HMC outsourced the development and manufacture of its batteries. Soelect believed that a favorable test result would lead to its battery technology being incorporated into HMC's outsourced battery supply chain. Instead, as detailed below, HMC took the technology and announced plans to internalize the development and manufacture of batteries.

COMPLAINT - 5

33. After the initial round of testing, the parties agreed in email that Soelect would send additional samples to HMC for testing in January and February 2020.

34. Internally, HMC was intrigued by Soelect's Lithium-X Anode material, and its scientists noted that the Lithium-X Anode material exhibited several features that made it superior to the conventional materials used to make lithium metal anodes.

35. HMC's scientists stated that Soelect's product exhibited potential to replace existing lithium metal anodes.

36. And so, the parties agreed several times from January 2020 through September 2020 that Soelect would send additional samples for performance testing by HMC pursuant to the terms of the MTA.

37. On October 27, 2020, HMC sent Soelect's CEO the results of a round of testing conducted in September 2020.

38. That testing included images that could only be obtained by scanning electron microscopy, a type of testing expressly forbidden by the MTA.

39. And that testing was forbidden for good reason—it can be used to determine the composition and structure of Soelect's products and reverse engineer those products.

40. After Soelect discovered the breach of the MTA, Soelect repeatedly notified HMC and HATCI that they had breached the MTA.[3]

41. Henry Chung, a HATCI employee, was put in charge of resolving the breach. He acknowledged, shortly after the incident, that HATCI and HMC performed testing they were not supposed to perform. He was also fired less than twenty-four hours before he was set to be deposed in Soelect's case against HATCI.

42. This breach does not appear isolated and appears to have initiated a cover-up. Instead of admonishing HMC scientists to stop conducting prohibited testing, Seungwan Kim

---

[3] Soelect separately sued the relevant subsidiary for breaching the MTA in the United States District Court for the Northern District of Illinois.

COMPLAINT - 6

instructed those scientists to "be a little more cautious when sharing the results of the evaluation of other companies." *See* Nov. 4, 2020 Email, attached hereto as Exhibit C.

43. Since late 2020, HMC and its subsidiaries repeatedly told Soelect that they did not reverse engineer Soelect's products and that they would not use information they learned to recreate or improve upon Soelect's products.

44. In fact, they hired an expert to testify that Soelect's product was not viable, and Lithium Metal Batteries were a fool's errand. He testified, under oath, about companies that were investing in lithium metal battery technology:

> Q: So, were these companies investing in technology, in your opinion, that's just never going to work?
>
> A: Yes.

45. These assurances proved false.

46. On October 4, 2023, a Korean newspaper reported that HMC was going to begin developing and manufacturing its own lithium metal battery anodes—products similar to those that Soelect manufactures. *See* Oct. 4, 2023 Article, attached hereto as Exhibit D.

47. Tellingly, the products were going to be developed and manufactured at HMC's Uiwang factility—the very facility to which Soelect was directed to send its Lithium-X Anode materials for testing.

48. The article also reported that Soelect "is known to be working with Hyundai Motors to develop and commercialize lithium metal anode materials."[4] *Id.*

49. That is not true. HMC's new lithium anode project is not a joint effort between Soelect and HMC—it is the result of HMC pilfering Soelect's trade secret technology.

50. Accordingly, Soelect brings this action under the Defend Trade Secrets Act to protect its technology and recover damages for HMC's wrongful theft of its trade secrets.

**COUNT I-MISAPPROPRIATION OF TRADE SECRETS UNDER THE DEFEND**

---

[4] The English translation of the article refers to Soelect as "Soilec." That is an imperfect translation of Soelect's name from the original Korean article. It also appears that the article was changed shortly after Soelect alerted HMC about the article, and the version currently online was amended to remove Soelect's name.

**TRADE SECRETS ACT**

51. Soelect incorporates the allegations above by reference.

52. Soelect created the Lithium-X Anode material and took steps to protect it, including signing non-disclosure agreements, limiting the parties who could test the technology, and limiting the methods by which it could be tested.

53. The Lithium-X Anode material has independent economic value, because it improves the performance of lithium metal batteries.

54. The Lithium-X Anode Material is not generally known to or readily ascertainable by others who could obtain economic value from its disclosure or use.

55. Accordingly, the Lithium-X Anode material is a trade secret that Soelect owns.

56. HMC acquired the Lithium-X Anode material from Soelect in a confidential relationship, in which HMC owed a duty not to reverse engineer the material or use it to create its own material.

57. The Lithium-X Anode is a product in interstate commerce. Indeed, the MTA was negotiated between Soelect, a North Carolina corporation, and HATCI, a Michigan corporation, and led to the material being shipped to South Korea.

58. HMC has used the trade secrets without Soelect's consent and thereby misappropriated them in violation of DTSA.

59. Soelect has suffered harm as a direct and proximate result of the HMC's use and disclosure of Soelect's trade secrets, and the HMC has gained, both financially and reputationally, as a market leader in the lithium metal anode arena, from this use or disclosure.

60. WHEREFORE, Soelect demands that judgment be entered in its favor in an amount to be determined at trial and that the Court permanently enjoin the HMC and their affiliated companies from using Soelect's trade secrets.

**PRAYER FOR RELIEF**

61. WHEREFORE, Soelect prays for judgment in their favor and against Defendant HMC, inclusive as follows:

a. Awarding damages, including double damages awardable under the Defend Trade Secrets Act, as described in each of the above claims, in favor of Soelect and against Defendant in amounts to be determined at trial;

b. Granting temporary, preliminary and permanent injunctions against Defendant, requiring Defendant to return all stolen information and documents (and all material derivative from such information) to Soelect and enjoining Defendant from further misappropriating or using Soelect's trade secrets and confidential information, and other such injunctive relief as is proper;

c. Awarding punitive damages in favor of Soelect and against Defendant in an amount to be determined at trial;

d. Awarding Soelect pre-judgment and post-judgment interest, attorneys' fees and costs, and other expenses incurred in this action; and

e. Granting Plaintiffs such other further relief as this Court deems just and proper.

## JURY DEMAND

Plaintiffs demand a jury trial for all issues triable.

DATED: October 20, 2023

**BAILEY & GLASSER, LLP**

_____
Todd A. Walburg
*Attorneys for Plaintiff*

*Complete counsel listing on Page 1*